NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LANDMARK SCREENS, LLC,**
*Plaintiff-Appellant,*

v.

**MORGAN, LEWIS, & BOCKIUS, LLP,**
AND **THOMAS D. KOHLER,**
*Defendants-Appellees.*

---

2011-1297

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-2581, Judge Jeremy Fogel.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Debra J. McComas and Sean M. O'Neill as counsel for Landmark Screens, LLC,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Debra J. McComas, Esq.
Sanford Jay Rosen, Esq.
Steven P. Ragland, Esq.
Sean M. O'Neill, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2011

JAN HORBALY
CLERK